# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CA3F | |

**Violation Number:** 7056544
**Officer Name (Print):** K HUTCHINSON
**Officer No.:** H7750

7056544

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/13/2021 1242 AM
**Offense Charged:** ☒ USC ☐ CFR ☐ State Code — 18 USC 1382
**Place of Offense:** MERCURY BLVD MM01 APPROX 4,464 FEET N/W OF ROADWAY EDWARDS AFB CA 93524
**Offense Description; Factual Basis for Charge:** HAZMAT ☐
IVD 18 USC 1382
TRESPASSING ON GOVERNMENT PROPERTY

### DEFENDANT INFORMATION
**Last Name:** WRIGHT
**First Name:** AUSTIN

**Tag No.:** CTP C86
**State:** FL
**Year:** 2020
**Make/Model:** MITS OUTLAND
**PASS:** ☐
**Color:** BLK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** US COURTHOUSE 510 19TH ST BAKERSFIELD CA 93301
**Date (mm/dd/yyyy):** _____
**Time (hh:mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 13, 2021 while exercising my duties as a law enforcement officer in the EASTERN District of CALIFORNIA.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/13/2021   Katy Hutchinson
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident