HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00583-SAB-1 |
| Plaintiff, | DECLARATION OF ERIN SNIDER IN SUPPORT OF MOTION FOR NEW TRIAL |
| vs. | |
| AUSTIN WRIGHT, | |
| Defendant. | |

I, Erin Snider, declare as follows:

1.  I am an Assistant Federal Defender with the Office of the Federal Defender for the Eastern District of California.

2.  The Office of the Federal Defender was appointed to represent Defendant Austin Wright on March 4, 2022. I am the attorney assigned to Mr. Wright's case.

3.  On March 4, 2022, immediately after Mr. Wright's arraignment, I emailed Lieutenant Courtney Carroll and requested that he "send any discovery materials in [Mr. Wright's case] to this email address." Lieutenant Carroll responded on March 6, 2022, with two photographs, stating: "Here are a couple pictures of the area and signs where the stop occurred. If you look into the background under the biggest mountain in the picture, you can make out the white aircraft that Mr. Wright was taking pictures of. The officer has promised to send me another pic of the 'No Trespassing' sign on the turn onto that road, which I will forward to you. I

1 will let you know if anything else comes in." The following day, I responded to Lieutenant Carroll's email inquiring whether there were any reports or body camera footage. Lieutenant Carroll answered that there was no body camera footage and that, while there normally would not be a report, he would inquire.

4. I received no further discovery from the government until July 29, 2022. On that date, I received an email from Captain Jason Baskett attaching a map of Edwards Air Force Base as well as providing a link to download thirteen screenshots of the Instagram page, urbex_offlimits.

5. On October 1, 2022, I received an email from Assistant United States Attorney Alexandre Dempsey attaching a copy of a sentencing memorandum the government filed that same day. I responded on October 1, 2022, inquiring why the government failed to provide the criminal history report in discovery as required by Rule 16. Mr. Dempsey responded that he would "defer" to Captain Baskett, who Mr. Dempsey "imagine[d]" could respond on Monday. I received no further communication from the government regarding the discovery violation.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 12th day of October, 2022, in Fresno, California.

*/s/ Erin Snider*
ERIN SNIDER