# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:21-po-00583-SAB-1 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION FOR RECONSIDERATION FOR VIDEO APPEARANCE ON NOVEMBER 17, 2022 HEARING |
| v. | |
| AUSTIN WRIGHT, | (ECF Nos. 27, 28, 29) |
| Defendant. | |

On November 15, 2022, the Court denied Defendant's motion for video appearance without prejudice. (ECF No. 28.) On November 15, 2022, Defendant filed a motion for reconsideration. (ECF No. 29.) The Court shall grant Defendant's motion for reconsideration to affirm and clarify that, to the extent Defendant is seeking to appear via video for the November 17, 2022 hearing, Defendant may appear via video.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion is GRANTED and he may appear via video on November 17, 2022 at 10:00 a.m. related to defendant's motion for new trial and sentencing related matters.

IT IS SO ORDERED.

Dated: **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE

1