1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AUSTIN WRIGHT
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00583-SAB |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR SENTENCING ; ORDER** |
| vs. | |
| AUSTIN WRIGHT, | Date:   March 16, 2023 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Jason P. Baskett, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Austin Wright, that the Court may vacate the status conference set for February 16, 2023, at 10:00 a.m. and set the matter for sentencing on March 16, 2023, at 10:00 a.m.

On November 17, 2022, the Court heard oral argument on the defendant's motion for new trial. At the end of the hearing, the Court took the motion under submission and set the matter for a status conference on February 16, 2023. On February 10, 2023, the Court issued its order denying the defendant's motion for new trial.

In light of the Court's order, the parties respectfully request that the Court vacate the status conference and set this matter for a sentencing hearing on March 16, 2023, at 10:00 a.m. The parties further request that the Court authorize the attorneys and Mr. Wright to appear via

Zoom at the March 16, 2023 sentencing hearing.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 15, 2023          */s/ Jason P. Baskett*
                                 JASON P. BASKETT
                                 Special Assistant United States Attorney
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: February 15, 2023          */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 AUSTIN WRIGHT

**O R D E R**

**IT IS SO ORDERED.** The February 16, 2023, status conference is hereby vacated, and the matter is set for a sentencing hearing on March 16, 2023, at 10:00 a.m. The parties are authorized to appear via Zoom. The defendant is ordered to appear and may appear through Zoom.

IT IS SO ORDERED.

Dated:   **February 15, 2023**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE