IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN WRIGHT,<br><br>Defendant. | Case No. 5:21-po-00583-SAB<br><br>ORDER DENYING STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION EARLY<br><br>(ECF No. 56) |

On April 22, 2024, the parties filed a stipulation for early termination of probation and to vacate the probation review hearing currently set for May 23, 2024. (ECF No. 56.) The parties agree Defendant has complied with all conditions of his probation, including paying his financial obligation in full. The parties proffer Defendant was arrested for trespassing by the Las Vegas Metropolitan Police Department on February 27, 2024 but note the local district attorney declined to pursue the charge. Upon investigation into the matter, counsel for the Government was informed Defendant's conduct "was minor and not of a type typically subject to criminal charges." (Id. at 2.)

A court *may*, after considering the factors set forth in 18 U.S.C. § 3553(a), "terminate a term of probation ... at any time in the case of a misdemeanor….if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c) (emphasis added). Without more, the parties stipulate that early termination of probation is warranted based on Defendant's conduct and is in the interests of justice. (ECF No. 56 at 2.)

After consideration of the factors set forth in 18 U.S.C. § 3553(a) to the extent applicable, the Court finds early termination of probation is not warranted and shall deny the stipulation.

Accordingly, IT IS HEREBY ORDERED that the stipulation to vacate the probation review hearing set for May 23, 2024 and terminate Defendant's unsupervised probation early is DENIED.

IT IS SO ORDERED.

Dated:   **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE