# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>AUSTIN WRIGHT,<br><br>                Defendant. | Case No.  5:21-po-00583-SAB<br><br>**DEFENDANT'S STATUS REPORT ON<br>UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**            18 U.S.C. § 1382, trespassing on government property

**Sentence Date:**          March 16, 2023 (modified June 29, 2023)

**Review Hearing Date:** May 23, 2024

**Probation Expires On:** March 16, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒         **Obey all federal, state and local laws**; and

☒         **Monetary Fines & Penalties in Total Amount of:**  $540.00, which Total Amount is made up of a Fine: $500.00; Special Assessment: $30; Processing Fee: $10; Restitution: $0.

☒         Payment schedule of $100.00 per month by the 15th of each month.

☐         **Community Service hours Imposed of:**

☒         **Other Conditions:**  The defendant is forbidden to come upon the boundaries of Edwards Air Force Base.

## *COMPLIANCE:*

☒         Defendant has completed <u>all</u> conditions of probation described above. While he was arrested for trespassing by the Las Vegas Metropolitan Police Department on February 27, 2024, the District Attorney in Clark County declined to pursue the charge. Counsel for the government has investigated the matter and was informed Mr. Wright's conduct was minor and not of a type typically subject to criminal charges.

         **Otherwise:**

☐         Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

               If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐         To date, Defendant has paid a total of
         ☐ If not paid in full when was last time payment:        Date:
                                               Amount:

☐         To date, Defendant has performed Click here to enter text.  hours of community service.

☐      Compliance with Other Conditions of Probation:

### *GOVERNMENT POSITION:*

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney: Chan Hee Chu

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 5/23/2024 at 10:00 a.m.

        ☒      be continued to 2/20/2025 at 10:00 a.m.; or

        ☐      be vacated.

☐      that Defendant's appearance for the review hearing be waived.


DATED:  5/9/2024                        */s/ Erin M. Snider*
                                        DEFENDANT'S COUNSEL

DATED:  5/9/2024                        */s/ Chan Hee Chu*
                                          GOVERNMENT COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing set for May 23, 2024 at 10:00 am be continued to February 20, 2025 at 10:00 a.m.

☐      DENIED.

IT IS SO ORDERED.

Dated:  **May 10, 2024**                                                
                                                UNITED STATES MAGISTRATE JUDGE