1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AUSTIN WRIGHT

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 5:21-po-00583-SAB

12                Plaintiff,            MOTION FOR ORDER AUTHORIZING
                                        VIDEO APPEARANCE; ORDER
13  vs.
                                        Date:   February 20, 2025
14  AUSTIN WRIGHT,                      Time:  10:00 a.m.
                                        Judge:  Hon. Stanley A. Boone
15                Defendant.

16  _____

17          Defendant Austin Wright hereby moves this Court for an order authorizing him to appear

18  via video at the February 20, 2025 review hearing.

19          This case arises out of conduct occurring on Edwards Air Force Base and all of Mr.

20  Wright's prior court appearances have occurred in Bakersfield, California, which is an hour-and-

21  a-half to two hours from Mr. Wright's home in Woodland Hills, California, depending on traffic.

22  The February 20, 2025 review hearing is scheduled to occur in Fresno, California, which is three

23  to four hours from Woodland Hills, depending on traffic. Mr. Wright seeks authorization to

24  appear via video conference at the review hearing to spare him the time and resources of

25  traveling to Fresno for what defense counsel anticipates will be a brief, non-dispositive hearing.

26  If authorized to appear by video, Mr. Wright will appear indoors, on a wi-fi connection, and not

27  on a cellular phone.

28  / / /

1

2                                              Respectfully submitted,

3                                              HEATHER E. WILLIAMS
                                               Federal Defender
4

5    Date: February 13, 2025                   /s/ Erin Snider
                                               ERIN SNIDER
6                                              Assistant Federal Defender
                                               Attorney for Defendant
7                                              AUSTIN WRIGHT

8

9

10                              **O R D E R**

11          **IT IS SO ORDERED.** Defendant Austin Wright is authorized to appear via video at the

12   February 20, 2025 hearing.

13
     IT IS SO ORDERED.
14

15   Dated:   __**February 14, 2025**__
                                               _____
16                                             STANLEY A. BOONE
                                               United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28