MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN WRIGHT,<br><br>Defendant. | Case No. 5:21-po-00583-SAB<br><br>MOTION AND ORDER TO SEAL FILING |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to seal the United States' Opposition [ECF #72] to Defendant's Motion to Dismiss the Probation Petition [ECF #69].

Undersigned counsel inadvertently filed the United States' Opposition with the Defendant's personally identifiable information not redacted in one instance. Defendant's personally identifiable information was otherwise redacted in the filing.

Given the misfiling, the United States moves to seal the currently filed Opposition. *See Kidd v. Wolf*, No. 2:20-CV-03512-ODW (JPRX), 2022 WL 22883969, at *1 (C.D. Cal. Dec. 12, 2022) (granting motion to seal personally identifiable information); *Snapkeys, Ltd. v. Google LLC*, No. 19-CV-02658-LHK, 2021 WL 1951250, at *3 (N.D. Cal. May 14, 2021) (same).

U.S. v. Wright
Case No. 5:21-po-00583-SAB

The United States will file an "amended motion" with the only change being the redaction of the aforementioned personally identifiable information.

DATED: May 9, 2025                              Respectfully submitted,

                                               MICHELE BECKWITH
                                               Acting United States Attorney

                                  By:    /s/ *Chan Hee Chu*
                                         CHAN HEE CHU
                                         Assistant United States Attorney


**O R D E R**

        IT IS HEREBY ORDERED that the United States' Opposition [ECF #72] filed in Case No. 5:21-po-00583-SAB be sealed.


IT IS SO ORDERED.

Dated:   __**May 9, 2025**__                    _____
                                               STANLEY A. BOONE
                                               United States Magistrate Judge

U.S. v. Wright
Case No. 5:21-po-00583-SAB