# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-po-00583-SAB |
| Plaintiff, | ORDER RE STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION FOR STAY OF SENTENCE |
| v. | |
| AUSTIN WRIGHT, | (ECF No. 90) |
| Defendant. | |

On August 28, 2025, Defendant Austin Wright filed a motion for a stay of sentence. (ECF No. 89.) On September 2, 2025, Plaintiff United States of America filed a stipulation for a four-day extension to file its opposition to the motion. (ECF 90.) For good cause shown, the Court approves the stipulation and ORDERS that Plaintiff shall have through September 8, 2025, to file its opposition to the motion for a stay of sentence.

IT IS SO ORDERED.

Dated: **September 2, 2025**

STANLEY A. BOONE
United States Magistrate Judge